IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Argo

ME

| | |
|---|---|
| 1. BRUCE ALAN WILMES and <br> 2. LYN MARIE WILMES, individually and as natural parents and next of kin of L.M.W., a minor <br><br> Plaintiffs, <br><br> v. <br><br> 1. HALLIBURTON ENERGY SERVICES, INC. <br> 2. HALLIBURTON INDUSTRIAL SERVICES DIVISION and <br> 3. HALLIBURTON SERVICES, A DIVISION OF HALLIBURTON COMPANY, <br><br> Defendants. | Case No. CIV 11-1323-D |

## NOTICE OF REMOVAL

1. Halliburton Energy Services, Inc. "HESI" is named as a separate Defendant in a civil action recently brought against them in the District Court of Stephens County, State of Oklahoma, titled Bruce Alan Wilmes and Lyn Marie Wilmes, Individually, and as natural parents and next of kin to L.M.W., a minor, Plaintiffs, v. "Halliburton Energy Services, Inc.", "Halliburton Industrial Services Division", and "Halliburton Services, a Division of Halliburton Company", Defendants, Case No. CJ-2011-261E.

2. At the time of filing the state court action, Plaintiffs were and still are residents and citizens of the State of Oklahoma.

3. Defendant "Halliburton Energy Services, Inc." was and still is a corporation duly organized under the laws of the State of Delaware, with its principal place of business in the State of Texas. However, separately named Defendants "Halliburton Industrial Services Division" and "Halliburton Services, a Division of Halliburton Company", were never legal entities and, to the extent either ever did exist, were never citizens of Oklahoma. The parties are thus completely diverse.

4. In their Petition, Plaintiffs claim to be entitled to recover judgment against Defendants in an amount in excess of $75,000.00, plus and court costs. Therefore, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. This is the kind of action of which United States District Courts have original jurisdiction because of diversity of citizenship and sufficiency of amount in controversy. Therefore, pursuant to 28 U.S.C. §1441, *et seq.*, Defendant Halliburton Energy Services, Inc. ("HESI") hereby removes this action to the United States District Court for the Western District of Oklahoma.

6. The underlying state court action was commenced on October 31, 2011. This notice of removal is therefore timely filed within thirty (30) days after receipt by HESI, "through service or otherwise …", of the Plaintiffs' state court Petition. 28 U.S.C. §1446(b).

7. Copies of all process, pleadings, and orders filed or served upon or received by HESI in the state court action are attached hereto as Exhibit 1. A copy of the state court docket sheet dated November 7, 2011 is attached as Exhibit 2 as maintained by the Oklahoma State Courts Network.

8. Written notice of the filing of this Notice of Removal will be given promptly to Plaintiffs, and Notice of the filing of this Notice of Removal will be promptly filed with the Clerk of the District Court of Stephens County, State of Oklahoma, as provided by 28 U.S.C. §1446(d).

WHEREFORE, the Defendant, Halliburton Energy Services, Inc., removes this action to this Court, invoking this Court's jurisdiction.

DATED November 7, 2011.

*[signature: Peter L. Wheeler]*

---

Gerald P. Green
Oklahoma Bar No. 3563
Peter L. Wheeler
Oklahoma Bar No. 12929
Robert L. Betts
Oklahoma Bar No. 21601
Attorneys for Defendant
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma  73126
Telephone:  (405) 235-1611
Facsimile:    (405) 235-2904
jgreen@piercecouch.com
pwheeler@piercecouch.com
rbetts@piercecouch.com

-And-

Robert E. Meadows, OBA 20592
1100 Louisiana Suite 4000
Houston, Texas 77002
713 751 3200
713 751 3290 (fax)
rmeadows@kslaw.com

## CERTIFICATE OF SERVICE

This is to certify that on November 7, 2011, a true and correct copy of the above and foregoing Notice of Removal was mailed, with postage thereon fully prepaid, to the following counsel of record:

> Bruce Alan Wilmes
> Lyn Marie Wilmes
> 311 W. Osage Road
> Duncan, OK 73533
> Pro se

*Peter L. Wheeler*

_____